IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 02-C-0328-C

PAUL S. GRENIER,

        Defendant.

---

**ORDER APPROVING RENEWAL OF THE UNITED STATES' JUDGMENT LIEN**

---

Based on the United States' Motion and good cause appearing,

THE COURT HEREBY APPROVES the renewal of the United States of America's judgment lien against Paul S. Grenier in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3201.

Dated this 22nd day of June, 2022.

/s/
BARBARA B. CRABB
United States District Judge